# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ] | |
| ] | |
| v. ] | No. 3:15-CR-00058 |
| ] | CHIEF JUDGE SHARP |
| JENNIFER KELSON ] | |

### MOTION TO REMOVE MS. KELSON FROM ELECTRONIC MONITORING

Comes now the Defendant, Jennifer Kelson, by and through undersigned counsel, and hereby moves this Honorable Court to order that she be removed from electronic monitoring.

In support of this motion, Ms. Kelson submits the following:

Ms. Kelson was arrest on the above indictment on May 12, 2015 (Docket No. 19). On May 19, 2015, Ms. Kelson was released from custody; a condition of her pretrial release was that she be placed on electronic monitoring (Docket No. 26).

On November 9, 2015, Ms. Kelson entered a guilty plea; her sentencing hearing is currently scheduled for February 19, 2016 (Docket Nos. 60 & 61). During Ms. Kelson's change of plea hearing, Ms. Kelson requested to be removed from electronic monitoring; the Court directed the parties to confirm that Ms. Kelson has had no problems while on supervision and to check with her supervising officer in Atlanta, Georgia.

Ms. Adriana Lara from U.S. Probation in the Middle District of Tennessee has confirmed with Ms. Kelson's Atlanta officer that there have been no issues while on pretrial supervision. Accordingly, Ms. Kelson requests that this Court grant the instant motion and order she be removed from electronic monitoring.

Undersigned counsel has contacted Assistant United States Attorney William Abely; Mr. Abely agrees with the instant request.